DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY BURCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2808

[November 16, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case Nos. 1989CF010442AMB and 1989CF009936AMB.

Rodney Burch, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***